**WHITMAN COMPANY, a Dissolved Florida
Corporation, et al., v. Louis MEITUS.
MEITUS v. WHITMAN COMPANY et al.**

**No. 12135.**

Circuit Court of Appeals, Fifth Circuit.

April 1, 1948.

Rehearing Denied May 1, 1948.

Joe Creel, of Miami, Fla., for appellants and appellees.

Laurence A. Schroeder, Jr., of Miami, Fla., appellee and appellant.

Before SIBLEY, WALLER, and LEE, Circuit Judges.

PER CURIAM.

A careful study of the briefs and record in this case reveals to us no reversible error nor any necessity for adding to the opinion rendered in the case by the trial judge in the Court below and reported in 72 F.Supp. 209. The judgments of the Court below, both on direct and cross appeal, are, therefore, affirmed.